# M A N D A T E

**THE STATE OF TEXAS**

**TO THE PROBATE COURT NO 2 OF BEXAR COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on October 22, 2014, the cause upon appeal to revise or reverse your judgment between

Bill Miller Bar-B-Q Enterprises LTD., Appellant

V.

VIA Metropolitan Transit Authority, Appellee

No. 04-13-00855-CV and Tr. Ct. No. 2012-ED-0006

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. It is ORDERED that appellee VIA Metropolitan Transit Authority recover its costs of appeal from appellant Bill Miller Bar-B-Q Enterprises, Ltd.** *See* **TEX. R. APP. P. 43.4.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Catherine Stone, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on January 21, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 3853

# BILL OF COSTS

## TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-13-00855-CV

**Bill Miller Bar-B-Q Enterprises LTD.**

**v.**

**VIA Metropolitan Transit Authority**

(NO. 2012-ED-0006 IN PROBATE COURT NO 2 OF BEXAR COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| CLERK'S RECORD | $13.00 | PAID | DAVID OLIVEROS |
| MOTION FEE | $10.00 | E-PAID | RONEE A GOMEZ |
| SUPPLEMENTAL CLERK'S RECORD | $5.00 | PAID | |
| MOTION FEE | $10.00 | E-PAID | BARRY MCCLENAHAN |
| CLERK'S RECORD | $146.00 | PAID | |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | PAID | MCCLENAHAN LAW FIRM |
| FILING | $100.00 | PAID | MCCLENAHAN LAW FIRM |
| STATEWIDE EFILING FEE | $20.00 | PAID | MCCLENAHAN LAW FIRM |
| INDIGENT | $25.00 | PAID | MCCLENAHAN LAW FIRM |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this January 21, 2015.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 3853